**Electronically Filed
Supreme Court
SCWC-14-0001115
22-NOV-2021
01:47 PM
Dkt. 32 ODMR**

SCWC-14-0001115

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

PL III, LLC, a Hawaiʻi limited liability company;
ARICK B. YANAGIHARA; MICHAEL H. NEKOBA; WILLIAM G. BOYLE;
and ANITA MATSUZAKI, Petitioners/Plaintiffs-Counterclaim
Defendants-Appellants,

vs.

PUU LANI RANCH CORP., a Hawaiʻi corporation,
Respondent/Defendant-Counterclaimant-Appellee,

and

F. NEWELL BOHNETT, as Trustee under that certain unrecorded
Revocable Living Trust Agreement dated July 29, 1981, made
by F. Newell Bohnett, as Settlor; and F. NEWELL BOHNETT,
in his individual capacity, Respondents/Defendants-Appellees.

--------------------------------------------------------

PL III, LLC, a Hawaiʻi limited liability company;
ARICK B. YANAGIHARA; MICHAEL H. NEKOBA;
WILLIAM G. BOYLE; and ANITA MATSUZAKI,
Petitioners/Counterclaim Defendants-Appellees,

vs.

PUU LANI RANCH CORP., a Hawaiʻi corporation,
Respondent/Defendant-Counterclaimant-Appellant,

and

F. NEWELL BOHNETT, as Trustee under that certain unrecorded
Revocable Living Trust Agreement dated July 29, 1981, made
by F. Newell Bohnett, as Settlor; and F. NEWELL BOHNETT,
in his individual capacity, Respondents/Defendants-Appellants.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0001115, CAAP-15-0000484, and CAAP-15-0000671;
CIVIL NO. 11-1-433K)

<u>ORDER DENYING MOTION FOR RECONSIDERATION</u>
(By: Nakayama, Acting C.J., McKenna, Wilson, and Eddins, JJ., and Circuit Judge Somerville, in place of Recktenwald, C.J., recused.)

Upon consideration of petitioners/plaintiffs-counterclaim defendants-appellants' motion for reconsideration, filed on November 17, 2021, and the record,

It is ordered that the motion for reconsideration is denied.

DATED: Honolulu, Hawaiʻi, November 22, 2021.

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

/s/ Rowena A. Somerville